**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**EUGENE TURNER WRIGHT,**                   **PETITIONER**

**V.**                           **NO. 4:07CV022-P-B**

**CHRISTOPHER EPPS, ET AL,**                  **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is barred by the statute of limitations and is DISMISSED as untimely. Petitioner's motion to proceed *in forma pauperis* (docket entry 3) is MOOT.

**IT IS SO ORDERED.**

THIS the 27th day of February, 2007.

                /s/ W. Allen Pepper, Jr.
                W. ALLEN PEPPER, JR.
                UNITED STATES DISTRICT JUDGE