**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**EUGENE TURNER WRIGHT,**                                                 **PETITIONER**

**V.**                                                              **CIVIL ACTION NO. 4:07CV22-P-B**

**CHRISTOPHER EPPS, et al.**                                          **RESPONDENTS**

**ORDER DENYING MOTION**

Petitioner's habeas petitioner was dismissed as untimely on February 28, 2007. Petitioner has now motioned the court for copies of the record to so that he can pursue other avenues of relief from his conviction. Petitioner is presumably asking that the copies be provided at no cost. The court nor the clerk's office provide copies free of charge. *Fleming v. State*, 553 So.2d 505, 506 (Miss. 1989)(post-conviction collateral relief act does not give a prisoner the right to a free transcript or other documents); *Skinner v. State*, 933 So.2d 335 (Miss. App. 2006)(same). Rather, Petitioner is advised that he may request copies from the Clerk's Office at his own expense. Petitioner should contact the Clerk's Office directly as to method and amount of payment. Therefore, the motion for production of records (docket entry 9) is DENIED.

SO ORDERED this the 25th day of April, 2007.

                                                                    /s/ W. Allen Pepper, Jr.
                                                                    W. ALLEN PEPPER, JR.
                                                                    UNITED STATES DISTRICT JUDGE